ADELE FIEDLER, Appellant, v. MICHAEL SCHRAMM and Another, Respondents; GEORGE FIEDLER, Landlord.— Motion for leave to appeal to the Appellate Division

denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.